COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Sacajawea Warren v. The State of Texas

Appellate case number:     01-12-00649-CR

Trial court case number:   1301748

Trial court:                       338th District Court of Harris County, Texas

This case was abated and remanded to the trial court on April 29, 2013. In the order of abatement, we ordered the trial court to hold an evidentiary hearing on appellant's motion for new trial. The trial court held a hearing on our order of abatement on June 27, 2013 and July 2, 2013. The court reporter has filed a record of the hearing and a supplemental clerk's record containing the trial court's order overruling appellant's motion has been filed. Accordingly, we REINSTATE this case on the Court's active docket.

We ORDER appellant's supplemental brief regarding any issues raised in the new trial hearing or related to the trial court's order overruling the motion for new trial to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief is ORDERED to be filed within 30 days of the filing of appellant's supplemental brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature:/s/ Laura C. Higley
                          ☒  Acting individually     ☐  Acting for the Court

Date:  October 7, 2013